David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff
Karmen Self-Forbes

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Karmen Self-Forbes, | **Case No. 2:16-cv-01286-RFB-NJK-** |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT NCO FINANCIAL SYSTEMS, INC.** |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), **Defendant NCO Financial Systems, Inc. ("NCO")**, not having filed or served an answer or a motion for summary judgment; the Plaintiff in the above-entitled action, as to Defendant NCO, **and only as to Defendant NCO** authorizes, and directs the Clerk of the Court to enter a judgment of dismissal with prejudice, against **Defendant NCO**.

Dated:          September 13, 2016

                                Respectfully submitted,

                                By:     /s/David H. Krieger, Esq.
                                        David H. Krieger, Esq. (Nevada Bar No. 9086)
                                        HAINES & KRIEGER, LLC
                                        8985 S. Eastern Avenue, Suite 350
                                        Henderson, Nevada 89123
                                        *Attorney for Plaintiff*